

**MEMO ENDORSED**

Joseph N. Casas, JD, MBA
CEO & Managing Attorney
Licensed in Ill. and CA.

Dennis C. Postiglione, JD
Partner, Licensed in TX.

John V. Golaszewski, JD
Partner, Licensed in N.Y.

Sara Cabarcas, JD
Partner, Licensed in FLA.

Ludmila Khomiak, JD
Senior Associate, Licensed FLA..

Timothy Dennison JD, MBA
Of Counsel, Licensed in CA.
UK Solicitor

THE CASAS LAW FIRM
ATTORNEYS & COUNSELORS

John V. Golaszewski, JD
Partner ±

± Admitted to practice
in New York

1740 Broadway
15th Floor
New York, N.Y. 10019

Main: 855.267.4457
Fax: 855.220.9626

www.casaslawfirm.com

Global Reach. Local Solutions.

September 2, 2020

**VIA ECF**
Honorable Kenneth M. Karas
U.S. District Court, Southern District of New York
The Hon. Charles L. Breiant Jr.
Federal Building and U.S. Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re: <u>Souza, et al. v. Exotic Island Enterprises, Inc., et al</u>, 18-cv-9448 (KMK)

Dear Judge Karas:

We write on behalf of Plaintiffs to respectfully request that the conference scheduled for September 10th at 2:00 p.m. be adjourned *sine die*. Fact discovery has closed (but for a discrete issue about which Magistrate Judge McCarthy has been fully briefed and which is *sub judice*), Plaintiffs' expert disclosures are due September 17th, and that same day there is a status conference with Judge McCarthy. Thereafter Defendants' expert disclosures are due, and the parties' experts will be deposed. Considering this, the parties respectfully suggest that adjourning the conference with your Honor until a date after the close of expert discovery would be a preferable use of the Court's time and resources.

To the extent the Court prefers to proceed with the status conference, Plaintiffs respectfully request a brief adjournment until either later in the day on September 10th, before noon or after 2:00 p.m. on September 11th, or anytime the morning of September 14th, as the undersigned has a summary judgment argument at 2:00 p.m. on September 10th

We thank the Court for its attention to these matters.

Respectfully,

THE CASAS LAW FIRM, P.C.

By: /s/ John V. Golaszewski
John V. Golaszewski

Cc: All counsel of record (via ECF)

*Granted. The Court will hold a conference on 11/6/2020 at 11:30 AM*

SO ORDERED
KENNETH M. KARAS U.S.D.J.
9/3/2020