UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALANA SOUZA, *et al.*,

                       Plaintiffs,

   v.

EXOTIC ISLAND ENTERPRISES, INC., *et al.*,

                       Defendants.

No. 18-CV-9448 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

     At the Conference on November 6, 2020, the Court adopted a briefing schedule for the Parties Motions For Summary Judgment and Defendants' Daubert Motion. Opening briefs shall be due no later than January 15, 2021. Opposition briefs shall be due no later than February 15, 2021.

     As discussed at the Conference, the Parties are granted leave to file extra pages in their consolidated Summary Judgment and Daubert briefs. The consolidated opening and opposition briefs shall not exceed 37 pages.

     If oral argument is requested, it may be scheduled by the Court.

SO ORDERED.

DATED:    November 6, 2020
               White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE