UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

ALANA SOUZA, *et al.*,

                              Plaintiffs,                         18 **CIVIL** 9448 (KMK)

             -against-                         **JUDGMENT**

EXOTIC ISLAND ENTERPRISES, INC., *et al.*,

                              Defendants.

------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 9, 2021, Defendants' Motion for Summary Judgment is granted and Plaintiffs' Motion for Summary Judgment is denied. Judgment is entered for Defendants and this case is closed.

**Dated:**  New York, New York
          August 9, 2021

                                                                       **RUBY J. KRAJICK**

                                                                       **Clerk of Court**

                                 **BY:**

                                                                       **Deputy Clerk**