# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALANA SOUZA A/K/A ALANA CAMPOS, BROOKE BANX, BROOKE TAYLOR-JOHNSON, JACLYN SWEDBERG, JAIME EDMONDSON-LONGORIA, JESSICA HINTON A/K/A JESSA HINTON, TIFFANY TOTH-GRAY, and URSULA SANCHEZ A/KA/ URSULA MAYES, | Case No. 18-cv-9448(KMK) |
| Plaintiffs, | **NOTICE OF APPEAL** |
| -against- | |
| EXOTIC ISLAND ENTERPRISES, INC., d/b/a THE MANSION GENTLEMEN'S CLUB & STEAKHOUSE and KEITH SLIFSTEIN, | |
| Defendants. | |

Notice is hereby given that plaintiffs ALANA SOUZA A/K/A ALANA CAMPOS, BROOKE BANX, BROOKE TAYLOR-JOHNSON, JACLYN SWEDBERG, JAIME EDMONDSON-LONGORIA, JESSICA HINTON A/K/A JESSA HINTON, TIFFANY TOTH-GRAY, and URSULA SANCHEZ A/KA/ URSULA MAYES, (collectively, "Plaintiffs"), by and through their undersigned attorneys, hereby appeal to the United States Court of Appeals for the Second Circuit from the August 9, 2021 Memorandum and Opinion of the United States District Court for the Southern District of New York (Karas, J.) (Dkt. 58), pursuant to which the Court granted the motion for summary judgment of defendant EXOTIC ISLAND ENTERPRISES, INC., d/b/a THE MANSION GENTLEMEN'S CLUB & STEAKHOUSE and KEITH SLIFSTEIN and declined to exercise supplemental jurisdiction over certain Plaintiffs' state law claims.

- 2 -

Dated: New York, New York
September 8, 2021

**THE CASAS LAW FIRM, P.C.**

By: /s/ John V. Golaszewski
John V. Golaszewski, Esq.
1740 Broadway, 15th Floor
New York, New York 10019
T: 855.267.4457
F: 855.220.9626
john@casaslawfirm.com

*Attorneys for Plaintiffs*